The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CTC PROPERTY, LLC, AND CYNTHIA KAY IN THEIR OFFICIAL CAPACITY,<br><br>　　　　　Defendants. | NO. 2:24-cv-00457-JNW<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for sixty (60) days to facilitate the parties' discussions regarding a potential resolution of this action. Either party may request that the stay be lifted during this period if that party believes that insufficient progress is being made towards a resolution. The Parties shall submit a joint status report to the Court on or before sixty (60) days from the date of this Order.

DATED this 7th day of May, 2024.

_____
Jamal N. Whitehead
United States District Judge

| | |
|---|---|
| [~~Proposed~~] Order Granting Stipulated Motion to Stay Action - 1<br>2:24-cv-00457-JNW | WASHINGTON CIVIL & DISABILITY ADVOCATE<br>4115 Roosevelt Way NE, Suite B<br>Seattle, WA 98105<br>(206) 428-3172 |

Presented By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

| | |
|---|---|
| */s/ Conrad Reynoldson* | */s/ Marielle Maxwell* |
| Conrad Reynoldson, WSBA #48187 | Marielle Maxwell, WSBA #54957 |
| 4115 Roosevelt Way NE, Suite B | 4115 Roosevelt Way NE, Suite B |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 876-8515 | (206) 455-6430 |
| conrad@wacda.com | marielle@wacda.com |

*Counsel for Plaintiff*

HELSELL FETTERMAN LLP

*/s/ Sara Amies*
Sara B. Amies, WSBA #36626
800 Fifth Avenue, Suite 3200
Seattle, Washington 98104
206.689.2187
samies@helsell.com

*Counsel for Defendant*

[Proposed] Order Granting Stipulated Motion to Stay Action - 2
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I filed the above with the court's ECF system which sent notice of the electronic filing of the proceeding document to all following attorneys of record and assistants in this proceeding:

| Attorneys and Staff | Counsel for | Email Address |
|---|---|---|
| Sara B. Amies | CTC Property, LLC | samies@helsell.com |

DATED this 7th day of May, 2024.

*s/Marielle Maxwell*
Marielle Maxwell

[Proposed] Order Granting Stipulated Motion to Stay Action - 3
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172