The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>            Plaintiff,<br><br>v.<br><br>CTC Property, LLC, and Cynthia Kay in their official capacity,<br><br>            Defendants. | NO. 2:24-cv-00457-JNW<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO STAY ACTION |

IT IS SO ORDERED that this action is hereby stayed for sixty (60) days to facilitate the Parties' ongoing discussions regarding a potential resolution of this action. Either Party may request that the stay be lifted during this period if that Party believes that insufficient progress is being made toward a resolution. The Parties shall submit a joint status report to the Court on or before sixty (60) days from the date of this Order.

DATED this 8th day of July, 2024.

Jamal N. Whitehead
United States District Judge

Order Granting Second Stipulated Motion to Stay Action - 1
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

Presented By:

WASHINGTON CIVIL & DISABILITY ADVOCATE

| | |
|---|---|
| */s/ Conrad Reynoldson* | */s/ Marielle Maxwell* |
| Conrad Reynoldson, WSBA #48187 | Marielle Maxwell, WSBA #54957 |
| 4115 Roosevelt Way NE, Suite B | 4115 Roosevelt Way NE, Suite B |
| Seattle, WA 98105 | Seattle, WA 98105 |
| (206) 876-8515 | (206) 455-6430 |
| conrad@wacda.com | marielle@wacda.com |

*Counsel for Plaintiff*

HELSELL FETTERMAN LLP

/s/ Sara Amies
Sara B. Amies, WSBA #36626
800 Fifth Avenue, Suite 3200
Seattle, Washington 98104
206.689.2187
samies@helsell.com

*Counsel for Defendant*

Order Granting Second Stipulated Motion to Stay Action - 2
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date below, I caused the above to be sent all following attorneys of record and assistants in this proceeding:

| Attorneys and Staff | Counsel for | Email Address |
|---|---|---|
| Sara B. Amies | CTC Property, LLC | samies@helsell.com |

DATED this 8th day of July, 2024.

s/*Marielle Maxwell*
Marielle Maxwell

Order Granting Second Stipulated Motion to Stay Action - 3
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172