The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE LEWIS,

            Plaintiff,

v.

CTC Property, LLC, and Cynthia Kay in their official capacity,

            Defendants.

NO. 2:24-cv-00457-JNW

ORDER GRANTING THIRD STIPULATED MOTION TO STAY ACTION

IT IS SO ORDERED that this action is hereby stayed for thirty (30) days to facilitate the Parties' ongoing discussions regarding a potential resolution of this action. Either Party may request that the stay be lifted during this period if that Party believes that insufficient progress is being made toward a resolution. The Parties shall submit a joint status report to the Court on or before thirty (30) days from the date of this Order.

DATED this 6th day of September, 2024.

Jamal N. Whitehead
United States District Judge

Order Granting Third Stipulated Motion to Stay
Action - 1
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1    Presented By:

2    WASHINGTON CIVIL & DISABILITY ADVOCATE

3    /s/ Conrad Reynoldson
     Conrad Reynoldson, WSBA #48187

4    4115 Roosevelt Way NE, Suite B
     Seattle, WA 98105

5    (206) 876-8515
     conrad@wacda.com

6
     Counsel for Plaintiff

7

8

9
     /s/ Sara Amies

10   Sara B. Amies, WSBA #36626
     800 Fifth Avenue, Suite 3200

11   Seattle, WA 98104
     (206) 689-2187

12   samies@helsell.com

13   Counsel for Defendant

14

15

16

17

18

19

20

21

22

Order Granting Third Stipulated Motion to Stay
Action - 2
2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172