UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS , | CASE NO. 2:24-cv-457 |
| Plaintiff, | ORDER |
| v. | |
| CTC PROPERTIES LLC et al., | |
| Defendants. | |

The Court raises this matter on its own accord.

On September 6, 2024, the Court granted the parties' third stipulated motion to stay this action so that they could pursue a non-litigated resolution to this matter. Dkt. No. 14. The Court's Order stayed the action for thirty days and directed the parties to submit a joint status report by the end of the stay. *Id.*

More than three months have elapsed since the Court's Order. The stay has ended. Yet, the parties have failed to comply with the Court's Order requiring submission of a joint status report. Failure to comply with a Court Order requiring submission of a joint status report is grounds for sanctions, including dismissal of the action.

**ORDER** - 1

The Court therefore ORDERS the parties to submit a joint status report within SEVEN (7) days of this Order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

It is so ORDERED.

Dated this 17th day of December, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2