The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CTC Property, LLC, and Cynthia Kay in her official capacity<br><br>　　　　　　Defendant. | NO. 2:24-cv-00457-JNW<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS |

IT IS SO ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party bearing its own attorneys' fees and costs.

DATED this 23rd day of December, 2024.

*[signature]*

The Hon. Jamal N. Whitehead
United States District Judge

[Proposed] Order Granting Motion to Dismiss - 1
NO. 2:24-cv-00457-JNW

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172